# Behavioral Addictions Clinic for Veterans



## What does it mean to have a Behavioral Addiction?

Behavioral addiction is a form of addiction that involves a compulsion to engage in rewarding non-drug-related behavior despite negative consequences to a person's physical, mental, social, or financial well-being.

### Types of Behavioral Addictions:
- Problematic gambling
- Sex (e.g., frequent sexual partners, problematic use of pornography)
- Excessive internet use (e.g., online shopping, playing video games)
- Compulsive buying
- Binge eating

### Common Co-occurring Conditions:
- Substance use disorders
- Depression
- Bipolar disorder
- Posttraumatic stress disorder
- Personality disorders



The first step to getting help for a behavioral addiction is having the courage to admit there is a problem and seek assistance. Recovery from a behavioral addiction is possible. It's never too late to move forward!

Talk with your VA provider or contact the Behavioral Addictions Clinic at Bedford VA.

**BEHAVIORAL ADDICTIONS CLINIC**
**Bedford VA**
Dr. Shane W. Kraus, Ph.D.
781-687-2000 x 5001
CPRS Consult Name:
"Behavioral Addictions Outpt."



**VA** | U.S. Department of Veterans Affairs
Veterans Health Administration
Edith Nourse Rogers Memorial Veterans Hospital

**ATTACHMENT C**

## What services do we provide?

- Screening
- Evaluation
- Individual Therapy
- Group Therapy
- Medication Management
- Consultation and training to providers

## What are the goals of Behavioral Addiction treatment?

You will collaboratively work with your provider to identify treatment goals that are important to you. Your provider will assist you in making and maintaining changes to specific behaviors. Treatment can help improve your quality of life and overall functioning.

## What type of therapy approaches does the Behavioral Addictions Clinic utilize?

- Motivational Interviewing
- Cognitive Behavioral Therapy
- Mindfulness-Based Relapse Prevention
- Acceptance & Commitment Therapy



## "In the middle of difficulty lies opportunity"

~ Albert Einstein

## How long does treatment take?

Individual sessions consist of approximately 8 to 12 one-hour meetings. Group therapy sessions consist of approximately 8 weekly meetings which are each 1½ hours.

If you decide to participate in treatment with the Behavioral Addictions Clinic, you will be asked to:

- Attend sessions regularly
- Work together with your provider to set goals
- Learn about behavioral addiction and ways to improve your management of the behavior
- Practice new skills inside and outside of session
- Provide feedback to your provider about progress and how treatment is helpful to you

## How will I know if treatment is helping?

You may notice an increased commitment to making and maintaining changes in behaviors. You may notice improved ability to manage cravings and urges. You may notice your problem solving skills have improved. You may also notice that you are getting more enjoyment out of activities.

## Does this sound like you?

### Problem Gambling

- Have you been preoccupied with gambling?
- Have you had repeated unsuccessful efforts to control, cut back, or stop gambling?
- Do you gamble as a way of escaping from your problems?

### Sexual Behavior

- Do you or others who you know think that you have a problem with being overly preoccupied with some aspect of your sexuality or being overly sexually active?
- Do you have frequent sexual fantasies, urges, or behaviors which you feel are out of your control or cause you distress?

### Buying/Shopping

- Have you ever purchased things even though you could not afford them?
- Have you ever felt anxious or nervous on days that you can't go shopping?

### Internet Use

- Do you find that you stay online longer than you intended?
- Do others in your life complain to you about the amount of time you spend online?

### Binge Eating

- Do you feel distressed about excessive overeating?
- Do you make yourself vomit as a means to control your weight or shape?

**If you answered "yes" to any of the above questions, talk to your VA provider or call the Behavioral Addictions Clinic at 781-687-2000 x 5001.**