UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No.: 1:18-CR-00082-PAS |
| | : | |
| CODY J. HANSEN | : | |

## DEFENDANT'S NOTICE
## OF INTENT TO PLEAD GUILTY

Defendant, Cody Hansen, by and through counsel, hereby notifies this Honorable Court of his intent to plead guilty in the above matter. As such, he asks that this matter be scheduled for a change of plea hearing. He further asks that the Clerk coordinate with the parties before selecting a date, so as to avoid any potential scheduling conflicts.

Respectfully submitted this 21st day of September 2021.

                                            Defendant,
                                            Cody J. Hansen
                                            By his Counsel


                                            /s/ John L. Calcagni III
                                            John L. Calcagni III (Bar. No. 6809)
                                            Law Office of John L Calcagni III, Inc.
                                            72 Clifford Street, Suite 300
                                            Providence, Rhode Island 02903
                                            T. 401.351.5100
                                            F. 401.351.5101
                                            jc@calcagnilaw.com

**CERTIFICATION**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on September 21, 2021.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar. No. 6809)
Law Office of John L Calcagni III, Inc.
72 Clifford Street, Suite 300
Providence, Rhode Island 02903
T. 401.351.5100
F. 401.351.5101
jc@calcagnilaw.com